UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

RESQNET.COM, INC.,

                    Plaintiff,

        - against -                              01 Civ. 3578 (RWS)

LANSA, INC.,                                        O R D E R

                    Defendant.

------------------------------------------X

Sweet, D.J.,

        Plaintiff's Motion for Entry of a Damages Award and entry
of Final Judgment will be heard at noon on Wednesday, May 26, 2010,
in Courtroom 18C.  All motion papers shall be served in accordance
with Local Civil Rule 6.1.


        It is so ordered.


New York, NY
April 20 , 2010
                                        ROBERT W. SWEET
                                            U.S.D.J.