# KAPLAN GILMAN & PERGAMENT LLP

**COUNSELORS AT LAW**

480 ROUTE 9 NORTH, SUITE 204, WOODBRIDGE, NEW JERSEY 07095
TELEPHONE (732) 636-4500, FACSIMILE (732) 636-4550
WWW.KGPLAW.COM

JEFFREY I. KAPLAN, PARTNER
NJ AND NY BARS, REG. PATENT ATTORNEY
jkaplan@kgplaw.com

April 30, 2010

**VIA FACSIMILE AND FIRST CLASS MAIL**
The Honorable Robert W. Sweet, USDJ
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-4-10
```

Re: ResQNet.com, Inc. v. LANSA, Inc.
    Civil Action No. 01-CV-3578 (RWS)
    Our Reference No. 031-002

Dear Judge Sweet:

We represent plaintiff Resqnet.com, Inc. ("Resqnet") in the above matter. Presently pending is Resqnet's motion for an award of damages, scheduled to be heard before Your Honor on May 26, 2010.

Resqnet's reply papers are presently due on May 9, 2010. Due to a variety of other litigation matters that are quite active presently, the undersigned lead counsel for Resqnet will unlikely be able to complete preparation of the reply papers on time. We are therefore requesting until May 18, 2010 to file said reply papers. We have consulted with counsel for defendant Lansa, who indicates Lansa does not object to the requested extension.

If the above is acceptable to the Court, we request the Court So Order this letter.

Thank you for your consideration of this request.

Respectfully submitted,

KAPLAN GILMAN & PERGAMENT LLP

Jeffrey I. Kaplan (JK 4706)

JIK/pa
c: James H. Hulme, Esq. (via email)

PATENTS * TRADEMARKS * COPYRIGHTS * LICENSING * LITIGATION

NEW YORK OFFICE
315 MADISON AVENUE, SUITE 901, NEW YORK, NEW YORK 10017, TEL: (212) 807-4171, FAX: (212) 957-1912
(MICHAEL R. GILMAN, A NAME PARTNER, IS A MEMBER OF THE NY AND CT BARS ONLY)