# KAPLAN GILMAN & PERGAMENT LLP

COUNSELORS AT LAW
1480 ROUTE 9 NORTH, SUITE 204, WOODBRIDGE, NEW JERSEY 07095
TELEPHONE (732) 636-4500, FACSIMILE (732) 636-4550
WWW.KGPLAW.COM

JEFFREY I. KAPLAN, PARTNER
NJ AND NY BARS, REG. PATENT ATTORNEY
jkaplan@kgplaw.com

May 11, 2010

**VIA FACSIMILE**
The Hon. Robert W. Sweet, U.S.D.J.
U.S. District Court for the
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-10

   Re:   ResQNet.com, Inc. v. Lansa, Inc.
         Civil Action No. 01-CV-3578 (RWS)

Dear Judge Sweet:

We represent plaintiff Resqnet.com, Inc. in the above matter. Presently pending is Resqnet's motion to enter a damages award, scheduled to be heard on May 26, 2010.

We write to request permission to file a reply brief of up to 14 pages, four pages longer than the limit listed in Your Honor's individual rules of practice. We note that our opening brief was merely nine pages, well below the 25 page limit, and hence, if this request is granted, Resqnet's total number of submitted pages in both briefs will still be far less than the maximum permitted, and even less than that permitted by only the opening brief.

Resqnet believes any further deletions from its Reply will significantly detract from the substantive treatment of Lansa's arguments.

*So ordered*
*Sweet USDJ*
*5-13-10*

PATENTS  *  TRADEMARKS  *  COPYRIGHTS  *  LICENSING  *  LITIGATION

NEW YORK OFFICE:
315 MADISON AVENUE, SUITE 901, NEW YORK, NEW YORK 10017, TEL: (212) 807-4171, FAX: (212) 957-1912
(MICHAEL R. GILMAN, A NAME PARTNER, IS A MEMBER OF THE NY AND CT BARS ONLY)

The Honorable Robert W. Sweet, U.S.D.J.
May 11, 2010
Page 2

      We have consulted with counsel for defendant Lansa, who indicates that Lansa does not oppose this request. If the request is acceptable to the Court, we request Your Honor "So Order" this letter.

Respectfully submitted,

KAPLAN GILMAN & PERGAMENT LLP

*[signature]*

Jeffrey I. Kaplan (JK 4706)

JIK/pa
c: James H. Hulme, Esq. (via email)
K:\Clients\Complex Systems Inc -CSI-000\031_ResQNet.com, Inc\031-002-LANSA litigation\Correspondence\Judge Sweet ltr re more pgs.doc